IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES
MAY 0 7 2008
GREGORY C. LANGHAM

Criminal Action No. 01-cr-00219-RPM-01 and 01-cr-00220-RPM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES EARL TAYLOR,

    Defendant.

---

## ORDER DISMISSING THE PETITION AND WARRANT AND TERMINATING SUPERVISED RELEASE UNSATISFACTORILY

---

The Court has been informed by the probation department that defendant is currently serving a term of imprisonment in the Colorado Department of Corrections and is not eligible for parole until December 2008, with a mandatory parole date of June 24, 2013.

**FURTHER** the Court signed a petition on October 31, 2005, ordering a warrant for the defendant's arrest based on alleged violations of the law.

**FURTHER** the probation department has advised the Court that the defendant has served over four years of supervised release of a five year term that was originally ordered by the Court. After further investigation by the probation department, in April 2008, Assistant U.S. Attorney James R. Allison reported that he did not object to asking the Court to dismiss the petition and warrant in this case and terminating the defendant's supervision unsatisfactorily. Accordingly, it is

**ORDERED** that the petition on supervised release and warrant for defendant's arrest be dismissed. It is

**FURTHER ORDERED** that the defendant be discharged from supervised release unsatisfactorily and the proceedings in the case be terminated.

DATED at Denver, Colorado, this 7 day of May, 2008.

BY THE COURT:

Richard P. Matsch
Senior District Judge